# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

Robert P. Young, Jr.,
Chief Justice

144489

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re Parole of TIMOTHY J. GRIER,

_____

MACOMB COUNTY PROSECUTOR,
        Appellee,

v

                                            SC:  144489
                                            COA:  304908
                                            Macomb CC:  2011-000218-AP

TIMOTHY J. GRIER,
        Appellant,

and

PAROLE BOARD,
        Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

h0917